**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | Chapter 13 |
|     Debtor. | |
| ------------------------------------------------ | Related to Doc No. __29__ |
| JILL KING GREENWOOD, | |
|     Movant, | Doc. No. ____ |
|             v. | Hearing Date and Time: |
| NORTHWEST CONSUMER DISCOUNT COMPANY, |     May 10, 2017 at 10:00 a.m. |
|     Respondent. | Responses Due: April 28, 2017 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING DEBTOR'S OBJECTION TO CLAIM OF NORTHWEST CONSUMER DISCOUNT COMPANY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **April 28, 2017** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on **May 10, 2017 at 10:00 a.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: April 11, 2017                      Respectfully submitted:

                                                                               /s/ Aurelius Robleto
                                                                             Aurelius P. Robleto
                                                                             PA ID No. 94633
                                                                             ROBLETO LAW, PLLC
                                                                             Three Gateway Center
                                                                             401 Liberty Avenue, Suite 1306
                                                                             Pittsburgh, PA 15222
                                                                             T: (412) 925-8194 | F: (412) 346-1035
                                                                             apr@robletolaw.com