**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JILL KING GREENWOOD,

  Debtor.

-------------------------------------------------

JILL KING GREENWOOD,

  Movant,

   v.

NORTHWEST CONSUMER
DISCOUNT COMPANY,

  Respondent.

Case No. 16-23676-CMB

Chapter 13

Related to Claim No.  __2__

Related to Doc. Nos.  __29__  and  __30__

Doc. No. _____

Hearing Date and Time:
   May 10, 2017 at 10:00 a.m.

Responses Due:  April 28, 2017

**CERTIFICATE OF SERVICE OF NOTICE OF
HEARING AND RESPONSE DEADLINE REGARDING DEBTOR'S OBJECTION TO
CLAIM OF NORTHWEST CONSUMER DISCOUNT COMPANY TOGETHER
WITH OBJECTION TO CLAIM OF NORTHWEST CONSUMER DISCOUNT COMPANY**

   I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on <u>April 11, 2017</u>.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  <u>U.S. Mail and electronic mail via the ECF Notification System</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: April 11, 2017

Respectfully submitted:

  _/s/ Aurelius Robleto_____
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com

**16-23676-CMB Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of
Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com
pashcroft@ecf.courtdrive.com
pghecf@bernsteinlaw.com
cabbott@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of
Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by U.S. Mail:**

Northwest Consumer Discount Company
6080 Steubenville Pike Suite 703
McKees Rocks, PA 15136