# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** JILL KING GREENWOOD
- **Case Number:** 16-23676-CMB     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 13, 2017   11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/17/17 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#6 - Final Confirmation of Plan Dated 9/30/2016 (NFC)
R / M #: 6 / 0

**Appearances:**    *Kruce*

- Debtor:
- Trustee: Winnecour / (Bedford) / Pail / Katz
- Creditor:

**Proceedings:** Obj to c#2 pending.

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __✓__ Plan/Motion continued to  6-8-17  at  10:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
     Objections are due on or before _____.
     A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: