**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>JILL KING GREENWOOD,<br>    Debtor.<br>-------------------------------------------------<br>JILL KING GREENWOOD,<br>    Movant,<br><br>              v.<br><br>NORTHWEST CONSUMER<br>DISCOUNT COMPANY,<br>    Respondent. | Case No. 16-23676-CMB<br><br>Chapter 13<br><br>Related to Doc No.  29 & 30<br><br>Doc. No. ____<br><br>Hearing Date and Time:<br>    May 10, 2017 at 10:00 a.m.<br><br>Responses Due:  April 28, 2017 |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S**
**OBJECTION TO CLAIM OF NORTHWEST CONSUMER DISCOUNT COMPANY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on April 11, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, responses to the Objections were to be filed and served no later than April 28, 2017.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated: May 8, 2017

                                                             /s/ Aurelius Robleto
                                                            Aurelius P. Robleto
                                                           PA ID No. 94633
                                                           ROBLETO LAW, PLLC
                                                           Three Gateway Center
                                                           401 Liberty Avenue, Suite 1306
                                                           Pittsburgh, PA 15222
                                                           Tel:  (412) 925-8194
                                                           Fax:  (412) 346-1035
                                                           apr@robletolaw.com