IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JILL KING GREENWOOD,<br>    Debtor.<br>-----------------------------------------------<br>JILL KING GREENWOOD,<br>    Movant,<br>    v.<br>NORTHWEST CONSUMER<br>DISCOUNT COMPANY,<br>    Respondent. | Case No. 16-23676-CMB<br><br>Chapter 13<br><br>Related to Claim No. __2__<br><br>Related to Doc. No. __29__<br><br>Doc. No. ____<br><br>**ENTERED BY DEFAULT** |

### ORDER SUSTAINING OBJECTION TO THE CLAIM OF
### NORTHWEST CONSUMER DISCOUNT COMPANY

Upon consideration of the Debtor's objection (the "*Objection*") to the claim of Northwest Consumer Discount Company ("*Claim 2*") and notice appearing appropriate and good cause appearing to sustain the Objection, it is hereby

ORDERED that the Debtor's Objection is SUSTAINED; and it is further

ORDERED that Claim 2 is hereby DENIED and DISALLOWED; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Dated:  May 9, 2017

_____
Carlota M. Böhm,
United States Bankruptcy Judge

kmt

FILED
5/9/17 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jill King Greenwood  
    Debtor

Case No. 16-23676-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: May 09, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.  
db         Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA  15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:

        Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com, rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com  
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                  TOTAL: 5