**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JILL KING GREENWOOD,

    Debtor.

-------------------------------------------------

JILL KING GREENWOOD,

    Movant,

       v.

DUQUESNE UNIVERSITY,

    Respondent.

Case No. 16-23676-CMB

Chapter 13

Related to Doc. No.   37

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE
ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

      I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on June 12, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

Duquesne University
Attn: Payroll Dept.
600 Forbes Ave.
Pittsburgh, PA 15282

EXECUTED ON: June 12, 2017       Respectfully submitted:

       /s/ Aurelius P. Robleto
       Aurelius P. Robleto
       PA I.D. No. 94633
       ROBLETO LAW, PLLC
       Three Gateway Center
       401 Liberty Avenue, Suite 1306
       Tel:  (412) 925-8194
       Fax: (412) 346-1035
       apr@robletolaw.com