IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JILL KING GREENWOOD,<br><br>    Debtor.<br>-------------------------------------------------<br>JILL KING GREENWOOD,<br><br>    Movant,<br><br>               v.<br><br>RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,<br><br>    Respondent. | Case No. 16-23676-CMB<br><br>Chapter 13<br><br>Related to Doc. No.<br><br>Doc. No. \_\_\_\_ |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
MOTION TO AVOID NONCONSENSUAL LIEN**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than <u>July 20, 2017</u>, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on <u>August 23, 2017</u>, at 11:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: July 3, 2017                                  /s/ Aurelius Robleto
                                                                                     Aurelius Robleto
                                                                                     Pa. ID No. 94633
                                                                                     ROBLETO LAW, PLLC
                                                                                     Three Gateway Center
                                                                                     401 Liberty Avenue, Suite 1306
                                                                                     Pittsburgh, PA 15222
                                                                                    (412) 925-8194
                                                                                    (412) 346-1035

apr@robletolaw.com

Form GLT-301 (Rev. 8/9/13)