IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Jill King Greenwood | Case No.16-23676CMB |
| | Chapter 13 |
| Debtor(s) | |
| Jill King Greenwood | |
| | Re Doc.43 |
| Movant(s) | |
| vs. | |
| Ronda J. Winnecour, Trustee | |
| | Hearing Date 8/23/2017 |
| Respondent(s) | |

### TRUSTEE'S RESPONSE TO MOTION FOR A HARDSHIP DISCHARGE

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. This case was filed on September 30, 2016. Ten (10) months have elapsed in this case, and the plan term is sixty (60) months.

2. Ronda J. Winnecour is the Chapter 13 Standing Trustee in this case.

3. The Debtor's plan was confirmed on June 14, 2017, less than three weeks before the debtor filed a motion for hardship discharge. The confirmation order requires a monthly payment of $1880.00 and a term of sixty months. The plan includes a vehicle payment and two mortgage payments, attorney's fees, and an estimated zero percent distribution for unsecured creditors.

4. The debtor asserts that a recent lay-off has rendered her unable to complete her plan.

5. Counsel for debtor indicates in electronic mail discussions that debtor seeks to choose a new career in real estate.

6. The Debtor is choosing a new career while knowing it won't generate enough income in the short term to fund her plan.

7. The Trustee asserts that, alternatively, the debtor could find employment that pays enough to fund the plan.

8. Assuming the layoff is recent, the debtor has not given herself enough time to even try to find alternative employment.

9. Further, the debtor could make adjustments, such as surrendering the house; If she doesn't expect to earn enough to pay for the house through the plan, she certainly can't intend to remain in it while learning the real estate business. Thus, the debtor can be justly held accountable for the failure to complete the plan by reason of deciding to change to a career which will not generate enough income, without making an effort to find a replacement job within her field.

10. The Debtor cannot make a showing that modification of the plan is not practicable. Amending the plan to reduce the secured claims by surrendering is practicable, especially with so many years left within which to do it. Alternatively, if she is keeping the house and car, she is implying that she can complete the plan.

11. The Debtor does not meet the statutory requirements for a hardship discharge, and therefore the debtor's request should be denied.

WHEREFORE, the Trustee requests that Debtor's Motion for Hardship Discharge be denied.

                              RONDA J. WINNECOUR,
                              CHAPTER 13 TRUSTEE

Date:  07/18/17                by    __/s/ Jana S. Pail_____
                                             Jana S. Pail - PA I.D. #88910
                                             Attorney for Trustee
                                             US Steel Tower – Suite 3250
                                             600 Grant St.
                                             Pittsburgh, PA  15219
                                             (412) 471-5566
                                             jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Jill King Greenwood | : | Case No.16-23676CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Jill King Greenwood | : | |
| | : | Re Doc.43 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Hearing Date 8/23/2017 |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

I hereby certify that on the 18th of July 2017, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Jill King Greenwood
335 Plimer Avenue
Emsworth PA 15202

Aurelius P. Robleto, Esquire
Three Gateway Center
401 Liberty Avenue
Suite 1306
Pittsburgh PA 15222

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com