# PROCEEDING MEMO

**Date:** 08/23/2017 11:00 am

**In re:** Jill King Greenwood

**Bankruptcy No.** 16-23676-CMB
**Chapter:** 13
**Doc. # 43**

**Appearances:**

**Movant(s):**  Aurelius P. Robleto  for Debtor

**Respondent(s):**  ~~Winnecour / Bedford / Pail~~ / Katz

**Creditor(s):**

**Nature of Proceeding:**  Debtor's Motion for Hardship Discharge

**Additional Pleadings:** #45 Certificate of Service;  #47 Response by the Trustee

**Judge's Notes:**  Per Debtor's counsel, Debtor has not found employment. Debtor seeking an extension for 60 days. Per trustee, we are only 10 months into case.

**Outcome:**  Cont'd to December 20th at 11:00 a.m.

\_\_\_\_Motion is GRANTED\_\_\_\_Order Entered

\_\_\_\_Motion is DENIED\_\_\_\_Order entered

\_\_\_\_Motion WITHDRAWN

\_\_\_\_Motion is DISMISSED\_\_\_\_Order entered

\_\_\_\_Reschedule for Proper Service

\_\_\_\_Case DISMISSED\_\_\_\_Order entered

\_\_\_\_Parties to submit Order/Settlement/Stipulation by\_\_\_\_days

_X_CONTINUED MATTER: \_\_\_\_for at least\_\_\_\_days (Court to Issue Order)

\_\_\_\_ISSUE EVIDENTIARY HEARING NOTCE

\_\_\_\_Discovery time needed\_\_\_\_days

\_\_\_\_Briefs to be filed:    Movant(s) brief due\_\_\_\_days
Respondent(s) brief due\_\_\_\_days
Trustee's brief due\_\_\_\_days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
8/24/17 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

```
In re:                                                              Case No. 16-23676-CMB
Jill King Greenwood                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: kthe              Page 1 of 1                  Date Rcvd: Aug 24, 2017
                             Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db          Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA  15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com,
               rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6