## PROCEEDING MEMO

Date: 12/20/2017 11:00 am

In re: Jill King Greenwood

Bankruptcy No. 16-23676-CMB
Chapter: 13
Doc. # 43

**Appearances:** Renee Kuruce for Debtor

**Movant(s):** ~~Aurelius P. Robleto~~

**Respondent(s):** Winnecour / Bedford / Pail /(Katz)

**Creditor(s):**

**Nature of Proceeding:** Continued Hearing on Debtor's Motion for Hardship Discharge

**Additional Pleadings:** #45 Certificate of Service; #47 Response by the Trustee

**Note: Hearing on Motion for Relief from Stay by JPMorgan Chase Bank scheduled for 1/17/2018 at 10:00 AM**

**Judge's Notes:** Per Trustee, the issue is that Debtor was 10 months into plan, but lost job. Objecting to hardship discharge because she should not be entitled to hardship discharge based upon a change in career. Also, she has not made a payment in 3-4 mos. Trustee has no objection to dismissal. Per Debtor's counsel, Debtor has received an offer in field she is working in. Debtor requesting 30 days to file an amended plan to take into consideration the plan arrearages. Debtor is withdrawing her motion for hardship discharge.

**Outcome:**

___ Motion is GRANTED ___ Order Entered

___ Motion is DENIED ___ Order entered

✓ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:    Movant(s) brief due ___ days
Respondent(s) brief due ___ days
Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
12/20/17 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA