# PROCEEDING MEMO

**Date:** 12/20/2017 11:00 am

**In re:** Jill King Greenwood

Bankruptcy No. 16-23676-CMB
Chapter: 13
Doc. # 53

**Appearances:**

**Movant(s):** ~~Aurelius P. Robleto~~    Renee Kuruce for Debtor

**Respondent(s):** Winnecour / Bedford / Pail / (Katz)

**Creditor(s):**

**Nature of Proceeding:** Hearing re: Debtor's Declaration Re: Notice of Mortgage Payment Change by PA Housing Finance Agency

**Additional Pleadings:** #55 BNC Certificate of Mailing

**Judge's Notes:**
**Outcome:**
Debtor's counsel noticed force placed insurance and is seeking 30 day extension to object to mortgage payment change. Cont'd to Feb. 14th at 11:00 a.m. Objection to be filed before then, if necessary.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
12/20/17 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jill King Greenwood  
    Debtor

Case No. 16-23676-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Dec 20, 2017  
                               Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db          Jill King Greenwood,     335 Plumer Ave,     Emsworth, PA   15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:  
       Aurelius P. Robleto     on behalf of Debtor Jill King Greenwood apr@robletolaw.com, rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com  
       James Warmbrodt     on behalf of Creditor     JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
       Jana S Pail     on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com  
       Karina Velter     on behalf of Creditor     JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
       Leon P. Haller     on behalf of Creditor     Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                 TOTAL: 8