IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 16-23676 |
| Jill King Greenwood | : Chapter 13 |
| | : Judge Carlota M. Bohm |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| JPMorgan Chase Bank, N.A. | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : January 17, 2018 at 10:00 a.m. |
| | : |
| Jill King Greenwood | : Courtroom B, 54th Floor |
| | : U.S. Steel Tower |
| Ronda J. Winnecour | : 600 Grant Street |
| Respondents. | : Pittsburgh, PA 15219 |

Related Document No 57 , 64

## ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, this  16th  day of         January        , 2018, upon consideration of the Agreed Motion to Continue Hearing on Motion for Relief from the Automatic Stay and for good cause shown, the January 17, 2018 hearing is continued to  21st  day of       March       , 2018 at  10:00  A.M. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.

Carlota M. Bohm
United States Bankruptcy Judge       dmr

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

17-039521_SCS2

FILED
1/16/18 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

Aurelius P. Robleto, Attorney for Debtor, Three Gateway Center, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222 (notified by regular US Mail)

Jill King Greenwood Debtor, 335 Plumer Ave, Emsworth, PA 15202-1735 (notified by regular US Mail)

17-039521_SCS2

United States Bankruptcy Court
Western District of Pennsylvania

In re:    Case No. 16-23676-CMB
Jill King Greenwood    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Jan 16, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
db        Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA 15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:
      Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com, rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com
      James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
      Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
      Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                         TOTAL: 8