**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JILL KING GREENWOOD,

    Debtor.

-------------------------------------------------

JILL KING GREENWOOD,

    Movant,

        v.

WPXI-TV,

    Respondent.

Case No. 16-23676-CMB

Chapter 13

Related to Doc. No. 71

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on February 5, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

> WPXI-TV
> Attn: Payroll Dept.
> 4145 Evergreen Road
> Pittsburgh, PA 15214

EXECUTED ON: February 5, 2018

Respectfully submitted:

/s/ Aurelius P. Robleto
Aurelius P. Robleto
PA I.D. No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Tel:  (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com