# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JILL KING GREENWOOD
**Case Number:** 16-23676-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 15, 2018 09:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/20/18 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#66 Amended Plan Dated 1/18/2018 (FC)
R / M #:  66 / 0

### *Appearances:*

Debtor: Kuruce
Trustee: Winnecour / Pail / (Katz)
Creditor:

$1329 modification reducing payments. Requested Amended I at I copy of recent pay stubs.

### *Proceedings:*

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____ effective ____.
7. ✓ Plan/Motion continued to 5/10/18 at 9:00 am.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. ____ Other:

Debtor needs to review adequacy of plan funding.

3/7/2018    8:32:42AM