# PROCEEDING MEMO

**Date:** 03/21/2018 10:00 am

**In re:** Jill King Greenwood

Bankruptcy No. 16-23676-CMB
Chapter: 13
Doc. # 57

**Appearances:**

**Movant(s):** Karina Velter   (via phone)

**Respondent(s):** ~~Aurelius P. Robleto;~~ Winnecour ~~/ Pail / Katz~~
Renee Kuruce for Debtor

**Creditor(s):**

**Nature of Proceeding:** Motion for Relief from Stay by JP Morgan Chase Bank NA

**Additional Pleadings:** #63 Response by the Debtor

**Judge's Notes:** Per Ms. Velter, asked for relief from stay be entered. Per Debtor's counsel, an amended plan was filed in Jan. 2018 and the wage attachment order had not been entered yet. Debtor is employed and wage attachment has been remitting. Per Ch. 13 trustee, the last payment they received was by wage attachment, but the payments should be higher. Trustee did not receive payments from July - Feb. and delinquency is $14,000. Per Debtor's counsel, the amended plan takes into account the delinquency. Debtor's counsel is planning to file loss mit application. Cont'd to May 16, 2018 at 10:00 a.m. Court will see what happened at conciliation and whether payments are remitting and whether this plan will work.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by ____ days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:   Movant(s) brief due____days
                          Respondent(s) brief due____days
                          Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
3/21/18 4:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jill King Greenwood  
    Debtor

Case No. 16-23676-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Mar 21, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2018.  
db         Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA 15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2018 at the address(es) listed below:  
         Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com, rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com  
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com  
         Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
         Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                       TOTAL: 8