## PROCEEDING MEMO

**Date: 05/16/2018 10:00 am**

**In re: Jill King Greenwood**

Bankruptcy No. 16-23676-CMB
Chapter: 13
Doc. # 57

**Appearances:**

**Movant(s):**    Karina Velter  (via phone) for Chase

**Respondent(s):**    ~~Aurelius P. Robleto; Winneco~~
Renee Kuruce for Debtor

**Creditor(s):**

**Nature of Proceeding:**  Continued Motion for Relief from Stay by JP Morgan Chase Bank NA

**Additional Pleadings: #63 Response by the Debtor**

**Judge's Notes:**  Per Ms. Velter, the Debtor is not making the full payments, so she would like to proceed with relief from stay, as Chase is not adequately protected.

**Outcome:**    Per Ms. Kuruce, Debtor filed an amended plan and the wage attachment has been

____Motion is GRANTED____Order Entered   remitting.  Per Ms. Velter, the plan payment is $1880 per month and it

____Motion is DENIED____Order entered   looks like in April, the Debtor remitted $1384 and in May $692.

____Motion WITHDRAWN   Per Debtor's counsel, the amount remitting is bi-weekly.

____Motion is DISMISSED____Order entered   Cont'd for 30 days -- Debtor must be making full payments through the

____Reschedule for Proper Service   plan and must make up the difference if the wage attachment is not

____Case DISMISSED____Order entered   fully remitting.

____Parties to submit Order/Settlement/Stipulation by____days   Cont'd to June 20, 2018 at 10:00 a.m. and will want

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)   to hear from the trustee's office as to what the
shortfall is under this plan.

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

**Carlota M. Böhm**
**U.S. Bankruptcy Court**

FILED
5/16/18 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 16-23676-CMB
Jill King Greenwood                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: kthe              Page 1 of 1              Date Rcvd: May 16, 2018
                                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db              Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA  15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
            Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com,
             rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
            James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
            Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
            Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
            Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
             dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 8