**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | |
| Debtor. | Chapter 13 |
| ------------------------------------------------ | Related to Doc No.  79, 82 |
| JILL KING GREENWOOD, | |
| Movant, | Doc. No. ____ |
| v. | Hearing Date and Time: |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | June 20, 2018 at 10:00 a.m. |
| Respondent. | Responses Due:  June 6, 2018 |

**CERTIFICATE OF SERVICE OF DEBTOR'S**
**MOTION FOR AN ORDER ALLOWING AS TIMELY FILED MOTION FOR LOSS**
**MITIGATION AND ORDER SETTING HEARING**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on or before March 17, 2018.

The type(s) of service made on the parties was electronic notification via the ECF Notification System.

EXECUTED ON:  June 8, 2018         /s/ Aurelius Robleto
                                   Aurelius P. Robleto
                                   PA ID No. 94633
                                   ROBLETO LAW, PLLC
                                   Three Gateway Center
                                   401 Liberty Avenue, Suite 1306
                                   Pittsburgh, PA 15222
                                   Tel:  (412) 925-8194
                                   Fax:  (412) 346-1035
                                   apr@robletolaw.com

**16-23676-CMB Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Leon P. Haller on behalf of Creditor Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Jana S Pail on behalf of Trustee Ronda J. Winnecour
jpail@chapter13trusteewdpa.com

Aurelius P. Robleto on behalf of Debtor Jill King Greenwood
apr@robletolaw.com, rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com

Karina Velter on behalf of Creditor JPMORGAN CHASE BANK, N.A.
amps@manleydeas.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com