## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | Chapter 13 |
| Debtor. | |
| ------------------------------------------------ | Related to Doc No.  79, 82 |
| JILL KING GREENWOOD, | |
| Movant, | Doc. No. ____ |
| v. | Hearing Date and Time: |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | June 20, 2018 at 10:00 a.m. |
| | Responses Due:  June 6, 2018 |
| Respondent. | |

### CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION FOR AN ORDER ALLOWING AS TIMELY FILED MOTION FOR LOSS MITIGATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 11, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Motion were to be filed and served no later than June 6, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 8, 2018

        /s/ Aurelius Robleto
       Aurelius P. Robleto
       PA ID No. 94633
       ROBLETO LAW, PLLC
       Three Gateway Center
       401 Liberty Avenue, Suite 1306
       Pittsburgh, PA 15222
       Tel:  (412) 925-8194
       Fax:  (412) 346-1035
       apr@robletolaw.com

**PAWB Local Form 25 (07/13)**