IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JILL KING GREENWOOD,<br>    Debtor.<br>-------------------------------------------------<br>JILL KING GREENWOOD,<br>    Movant,<br>    v.<br>PENNSYLVANIA HOUSING<br>FINANCE AGNECY,<br>    Respondent. | Case No. 16-23676-CMB<br><br>Chapter 13<br><br>Related to Doc. No.   79<br><br>Doc. No. _____<br><br>**ENTERED BY DEFAULT** |

**ORDER GRANTING MOTION FOR AN ORDER ALLOWING AS
TIMELY FILED MOTION FOR LOSS MITIGATION**

Upon consideration of the referenced Motion and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtor's Motion for Loss Mitigation be allowed as timely.

Entered:    June 13, 2018

_____
Carlota M. Böhm
Chief United States Bankruptcy Judge

kmt

FILED
6/13/18 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jill King Greenwood
    Debtor

Case No. 16-23676-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Jun 13, 2018
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
db     Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA   15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
       Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
       James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
       Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
       Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
       Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     TOTAL: 8