## PROCEEDING MEMO

Date: 06/20/2018 10:00 am

In re: Jill King Greenwood

Bankruptcy No. 16-23676-CMB
Chapter: 13
Doc. # 57

**Appearances:**

**Movant(s):** Karina Velter  (via Phone) for JP Morgan Chase

**Respondent(s):** ~~Aurelius P. Robleto;~~ Renee Kuruce; ~~Winnecour / Pail / Katz /~~ DeSimone  for Ch. 13 Trustee    for Debtor

**Creditor(s):**

**Nature of Proceeding:** Continued Motion for Relief from Stay by JP Morgan Chase Bank NA

**Additional Pleadings:** #63 Response by the Debtor

**NOTE:** Interim order confirming plan signed 5/18/2018

**Judge's Notes:** Per Ms. Velter, this has been cont'd to monitor for payments; the parties are going to discuss a stipulation for future defaults and will file a stip prior to the next hearing, and if payments are cont'd to be made, they will withdraw the motion. Cont'd to Aug. 15th at 10 a.m.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER:____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

**Carlota M. Böhm**
**U.S. Bankruptcy Court**

FILED
6/21/18 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jill King Greenwood
    Debtor

Case No. 16-23676-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Jun 21, 2018
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db    Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA 15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
    Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
    James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
    Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
    Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
    Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    TOTAL: 8