# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | JILL KING GREENWOOD |
| Case Number: | 16-23676-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 23, 2018 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/27/18 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#66 - Final Confirmation of Plan Dated 1/18/2018 (FC)
R / M #: 66 / 0

### *Appearances:*

Debtor: *Kuruse*
Trustee: Winnecour / Pail / Katz / **DeSimone** (circled)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to *12-13-18* at *9:00*.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/16/2018  10:58:31 AM