IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  :
 : Case No.: 16-23676
Jill King Greenwood : Chapter 13
 : Judge Carlota M. Bohm
Debtor(s) : * * * * * * * * * * * * * * * * * *
 :
JPMorgan Chase Bank, N.A. : Date and Time of Hearing
Movant, : Place of Hearing
vs : ~~January 17~~, 2018 at 10:00 a.m.
 : September 19,
 : Courtroom B, 54th Floor
Jill King Greenwood : U.S. Steel Tower
 : 600 Grant Street
Ronda J. Winnecour : Pittsburgh, PA 15219
Respondents. :

Related Document # 57

### ORDER OF COURT

AND NOW, to wit, this 17th day of September, 2018, ~~2019~~, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

FILED
9/17/18 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court:

_/s/ Carlota M. Bohm_
CARLOTA M. BOHM, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

4

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

Aurelius P. Robleto, Attorney for Debtor, Three Gateway Center, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222 (notified by regular US Mail)

Jill King GreenwoodDebtor, 335 Plumer Ave, Emsworth, PA 15202-1735 (notified by regular US Mail)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 16-23676 |
| Jill King Greenwood | : Chapter 13 |
| | : Judge Carlota M. Bohm |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| JPMorgan Chase Bank, N.A. | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : ~~January 17,~~ 2018 at 10:00 a.m. |
| | : September 19, |
| Jill King Greenwood | : Courtroom B, 54th Floor |
| | : U.S. Steel Tower |
| Ronda J. Winnecour | : 600 Grant Street |
| Respondents. | : Pittsburgh, PA 15219 |

Related Document # 57

## STIPULATION FOR SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO 2015 KIA SPORTAGE VIN #KNDPBCAC3F7683718

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #57) which was filed in this court by JPMorgan Chase Bank, N.A. ("Movant"), Movant and Jill King Greenwood ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Movant contends that Debtor was in default to Movant as a result of delinquent payments for September 2017 through August 10, 2018, incurring a total post-petition arrearage of $5,712.20. The arrears consist of 12 post-petition payments for September 2017 through August 2018 at $421.85 each. There is $151.96 in suspense, which reduces the total post-petition arrearage to $5,560.24. Debtor avers that the current plan dated January 18, 2018, which is confirmed on an interim basis is sufficiently funded to cure the above-referenced default to Movant over the remaining plan term.

**IT IS HEREBY ORDERED:**

1. Debtor shall continue to make regular monthly payments to the Trustee in the amount stated in the modified plan dated January 1, 2018.

2. In the event that Debtor fails to make two consecutive monthly plan payments, Debtor shall be deemed in default. If Debtor fails to bring his/her plan current within ten (10) calendar days after Movant mailed Notice of Default to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing Certification of Default with the clerk of the court.

1

17-039521_HAF

3.     If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

4.     This Stipulation remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

5.     If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

MANLEY DEAS KOCHALSKI LLC

Dated: 9/17/18

BY: /s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax 614-627-8181
Email: kvelter@manleydeas.com
Attorney for Creditor

Dated: 9/14/18

BY: /s/ Renee M. Kuruce
Renee M. Kuruce, Esq.
Aurelius P. Robleto
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Telephone: 412-925-8194
Fax: 412-346-1035
Email: apr@robletolaw.com
Attorney for Debtor

I do not object to the foregoing Stipulation

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower

2

600 Grant Street
Pittsburgh, PA  15219

3

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jill King Greenwood  
    Debtor

Case No. 16-23676-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Sep 17, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2018.
db        Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA  15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2018 at the address(es) listed below:
        Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com  
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
        Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com  
        Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
        Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                              TOTAL: 8