IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JILL KING GREENWOOD,<br>    Debtor.<br>-----------------------------------------------<br>JILL KING GREENWOOD,<br>    Movant,<br>v.<br>PENNSYLVANIA HOUSING<br>FINANCE AGNECY,<br>    Respondent. | Case No. 16-23676-CMB<br><br>Chapter 13<br><br>Related to Doc. No.<br><br>Doc. No. ____ |

## ORDER

A *Loss Mitigation Order* <u>dated June 20, 2018,</u> was entered in the above matter at Document No. 80. On <u>October 18, 2018</u>, a ***Motion to Extend the Loss Mitigation Period*** was filed by <u>the Debtor</u> at Document No. <u>106</u>.

*AND NOW*, this <u>2nd</u> day of <u>November</u>, 20___, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* <u>Dec. 15</u>, 20 <u>18</u>.

_____
Honorable Carlota M. Bohm
United States Bankruptcy Judge

FILED
11/5/18 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**PAWB Local Form 42 (04/14)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jill King Greenwood  
    Debtor

Case No. 16-23676-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Nov 05, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.  
db         Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA  15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                              Signature:  <u>/s/Joseph Speetjens</u>

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:  
        Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com  
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
        Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com  
        Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
        Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
        Lois M. Vitti    on behalf of Creditor    Pennsylvania Housing Finance Agency nicole@vittilaw.com, loismvitti@vittilaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                        TOTAL: 9