**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>JILL KING GREENWOOD,<br><br>　　Debtor.<br>------------------------------------------------<br>JILL KING GREENWOOD,<br><br>　　Movant,<br><br>　　　　v.<br><br>WPXI-TV,<br><br>　　Respondent. | Case No. 16-23676-CMB<br><br>Chapter 13<br><br>Related to Doc. No. __111__ |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

　　I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on November 16, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

WPXI-TV
Attn: Payroll Dept.
4145 Evergreen Road
Pittsburgh, PA 15214

EXECUTED ON: November 16, 2018　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Aurelius P. Robleto
　　　　　　　　　　　　　　　　　　　　　　　Aurelius P. Robleto
　　　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 94633
　　　　　　　　　　　　　　　　　　　　　　　ROBLETO LAW, PLLC
　　　　　　　　　　　　　　　　　　　　　　　Three Gateway Center
　　　　　　　　　　　　　　　　　　　　　　　401 Liberty Avenue, Suite 1306
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (412) 925-8194
　　　　　　　　　　　　　　　　　　　　　　　Fax: (412) 346-1035
　　　　　　　　　　　　　　　　　　　　　　　apr@robletolaw.com