# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

JILL KING GREENWOOD,

    Debtor.

Bankruptcy No. 16-23676-CMB

Chapter 13

Related to Doc. No. 114

Document No. _____

## CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER

    I certify under penalty of perjury that I served the above captioned pleading on the party at the address specified below or on the attached list on November 21, 2018.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was ECF and E-mail

EXECUTED ON: November 21, 2018

Respectfully submitted:

 /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

**16-23676-CMB Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Leon P. Haller on behalf of Creditor Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Jana S Pail on behalf of Trustee Ronda J. Winnecour
jpail@chapter13trusteewdpa.com

Aurelius P. Robleto on behalf of Debtor Jill King Greenwood
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

Karina Velter on behalf of Creditor JPMORGAN CHASE BANK, N.A.
amps@manleydeas.com

Lois M. Vitti on behalf of Creditor Pennsylvania Housing Finance Agency
nicole@vittilaw.com, loismvitti@vittilaw.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by E-mail:**
lmp@chapter13trusteewdpa.com