**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | Chapter 13 |
|     Debtor. | |
| ------------------------------------------------ | Related to Doc. No.  118 |
| JILL KING GREENWOOD, | |
|     Movant, | Doc. No. _____ |
|         v. | |
| WPXI-TV, | |
|     Respondent. | |

**CERTIFICATE OF SERVICE OF**
**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**
**WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on the date appearing below.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

WPXI-TV
Attn: Payroll Dept.
4145 Evergreen Road
Pittsburgh, PA 15214

EXECUTED ON: December 12, 2018              Respectfully submitted:

                                             /s/ Aurelius P. Robleto
                                             Aurelius P. Robleto
                                             PA I.D. No. 94633
                                             ROBLETO LAW, PLLC
                                             Three Gateway Center
                                             401 Liberty Avenue, Suite 1306
                                             Tel:  (412) 925-8194
                                             Fax: (412) 346-1035
                                             apr@robletolaw.com