# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | JILL KING GREENWOOD |
| Case Number: | 16-23676-CMB   Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 13, 2018 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/17/18 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#66 - Continued Confirmation of Plan Dated 1/18/2018 (FC)
+Objections By: PA Housing Finance Agency
R / M #: 66 / 0

*Appearances:*

Debtor:  Robleto
Trustee: Winnecour / (Pail) Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to  5/2/19  at  10:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/6/2018    8:36:41AM