# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JILL KING GREENWOOD
**Case Number:** 16-23676-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 02, 2019 10:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/6/19 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#66 - Continued Confirmation of Plan Dated 1/18/2018 (FC)
R / M #:  66 / 0

### Appearances:

Debtor: Kuruce
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Vith for PHFA

*Loan mod approval is imminent*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __7/11/19__ at __2:30pm__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/25/2019    3:29:49PM