IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 16-23676 CMB |
| Jill King Greenwood, | ) | Chapter 13 |
| Debtor. | ) | |
| Jill King Greenwood, | ) | |
| Movant, | ) | |
| v. | ) | Related Doc. No. 91 |
| Pennsylvania Housing Finance Agency, | ) | |
| Respondent. | ) | |

**ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM**

On June 20, 2018, this Court entered the Loss Mitigation Order ("LMP Order") directing the above-captioned parties to participate in the Court's Loss Mitigation Program ("LMP"). Pursuant to the LMP Order and the Local Rules, the LMP Period terminates one hundred twenty (120) days from entry of the LMP Order unless extended. The LMP Order further provides that the Debtor shall submit an LMP Final Report within seven (7) days of the termination of the LMP Period. In this case, the record reflects that the LMP Period expired.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. Within fifteen (15) days from the date of this Order, the Debtor shall file one of the following:

    a. An appropriate Motion to Extend the Loss Mitigation Period, setting forth the specific reasons why the parties were unable to reach a consensual resolution on or before the expiration of the LMP Period and why an extension of the LMP Period should be granted by the Court;

    *or*

    b. An LMP Final Report.

2. Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court intends to ensure that LMP matters progress to completion.

3. If a party to the LMP has not been cooperating or proceeding in good faith as required by the Local Rules, the matter shall be brought to the attention of the Court for resolution.

Date: May 14, 2019

*signature* **dmr**

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/14/19 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jill King Greenwood  
      Debtor

Case No. 16-23676-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 15, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.  
db          Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA   15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:
         Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com  
         James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com  
         Karina   Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
         Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
         Lois M. Vitti    on behalf of Creditor    Pennsylvania Housing Finance Agency nicole@vittilaw.com, loismvitti@vittilaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                        TOTAL: 9