IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | Chapter 13 |
| Debtor. | |
| JILL KING GREENWOOD, | Related to: Document No. 125 |
| Movant, | |
| v. | |
| PENNSYLVANIA HOUSING FINANCE AGNECY, | |
| Respondent. | |

## ORDER

A *Loss Mitigation Order* dated June 20, 2018, was entered in the above matter at Document No. 80. On May 29, 2019, a ***Second Motion to Extend the Loss Mitigation Period*** was filed by the Debtor at Document No._____.

*AND NOW*, this 11th day of June, 20 19, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* July 15, 20 19.

Carlota M. Böhm                                glb
Chief United States Bankruptcy Judge

FILED
6/11/19 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 42 (04/14)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 16-23676-CMB
Jill King Greenwood                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1             Date Rcvd: Jun 11, 2019
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.
db             Jill King Greenwood,   335 Plumer Ave,   Emsworth, PA  15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14298286       E-mail/Text: blegal@phfa.org Jun 12 2019 02:21:38     PA Housing Finance Agency,   PO Box 8029,
               Harrisburg, PA  17105-8029
14408881      +E-mail/Text: blegal@phfa.org Jun 12 2019 02:21:39     Pennsylvania Housing Finance Agency,
               211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                             TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jana S Pail     on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
              Karina Velter     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Leon P. Haller     on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Lois M. Vitti     on behalf of Creditor    Pennsylvania Housing Finance Agency nicole@vittilaw.com,
               loismvitti@vittilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9