## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | Chapter 13 |
| Debtor. | |
| ------------------------------------------------ | Related to Doc. No. 128 |
| JILL KING GREENWOOD, | |
| Movant, | Doc. No. ____ |
| v. | |
| PENNSYLVANIA HOUSING FINANCE AGNECY, | |
| Respondent. | |

**NOTICE OF HEARING ON DEBTOR'S MOTION TO
AUTHORIZE LOAN MODIFICATION AGREEMENT**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property. You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than July 15, 2019, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at http://www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at http://www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this to your lawyer at once.

A hearing will be held on July 24, 2019 at 11:00 a.m. before Judge Carlota M. Bohm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| Date Of Service: June 26, 2019 | Respectfully submitted: |
| | /s/ Aurelius Robleto |
| | Aurelius P. Robleto |
| | PA ID No. 94633 |
| | 401 Liberty Avenue, Suite 1306 |
| | Pittsburgh, PA 15222 |
| | T:(412) 925-8194 |
| | F:(412) 346-1035 |
| | apr@robletolaw.com |