# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | Chapter 13 |
| Debtor. | |
| ----------------------------------------------- | Related to Doc. No. 128, 129 |
| JILL KING GREENWOOD, | |
| Movant, | Doc. No. _____ |
| v. | |
| PENNSYLVANIA HOUSING FINANCE AGNECY, | |
| Respondent. | |

### CERTIFICATE OF SERVICE OF DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION AGREEMENT AND NOTICE OF HEARING

I certify under penalty of perjury that I served the above captioned pleading together with exhibits, proposed order, and notice of hearing on the parties at the addresses specified below or on the attached list on June 26, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic mail notification via PACER/ECF.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: June 26, 2019

By:    /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Ave., Ste. 1306
Pittsburgh, PA 15222
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com

**PAWB Local Form 7 (07/13)**

**16-23676-CMB Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Leon P. Haller on behalf of Creditor Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Jana S Pail on behalf of Trustee Ronda J. Winnecour
jpail@chapter13trusteewdpa.com

Aurelius P. Robleto on behalf of Debtor Jill King Greenwood
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

Karina Velter on behalf of Creditor JPMORGAN CHASE BANK, N.A.
amps@manleydeas.com

Lois M. Vitti on behalf of Creditor Pennsylvania Housing Finance Agency
nicole@vittilaw.com, loismvitti@vittilaw.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com