# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JILL KING GREENWOOD
**Case Number:** 16-23676-CMB        **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 11, 2019  02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#66 - Continued Confirmation of Plan Dated 1/18/2018 (FC)
R / M #:  66 / 0

### Appearances:

Debtor: *Kruce*
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to _10-24-19_ at _2:00_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. __✓__ Contested Hearing: _____ at _____.
10. __✓__ Other:

*Continued for LMP and possible amended plan*

7/2/2019    3:15:48PM