# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | Chapter 13 |
| Debtor. | |
| ------------------------------------------------- | Related to Doc. No. 128 |
| JILL KING GREENWOOD, | |
| Movant, | Doc. No. _____ |
| v. | |
| PENNSYLVANIA HOUSING FINANCE AGNECY, | |
| Respondent. | |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on June 26, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, responses to the Objections were to be filed and served no later than July 15, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: July 16, 2019

      /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

**PAWB Local Form 25 (07/13)**