IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> JILL KING GREENWOOD, <br> Debtor. <br> ---------------------------------------------- <br> JILL KING GREENWOOD, <br> Movant, <br> v. <br> PENNSYLVANIA HOUSING FINANCE AGNECY, <br> Respondent. | Case No. 16-23676-CMB <br><br> Chapter 13 <br><br> Related to Doc. No. <br><br> Doc. No. __132__ |

### ORDER

A *Loss Mitigation Order* dated June 20, 2018, was entered in the above matter at Document No. 80. On May 29, 2019, a ***Third Motion to Extend the Loss Mitigation Period*** was filed by the Debtor at Document No. __132__.

*AND NOW*, this __19th__ day of __July__, 20__19__, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Third Motion to Extend the Loss Mitigation Period is Denied as Moot, due to the Order entered at Doc. No. 134 granting Debtor's Motion to Authorize Loan Modification Agreement. Debtor shall file LMP Final Report in 7 days from the date of this Order.

FILED
7/19/19 6:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

**PAWB Local Form 42 (04/14)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23676-CMB
Jill King Greenwood                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric              Page 1 of 1            Date Rcvd: Jul 22, 2019
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2019.
db            Jill King Greenwood,    335 Plumer Ave,     Emsworth, PA   15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
      Aurelius P. Robleto   on behalf of Debtor Jill King Greenwood apr@robletolaw.com,
       rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
      James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
      Karina   Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
      Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
       dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
      Lois M. Vitti    on behalf of Creditor    Pennsylvania Housing Finance Agency nicole@vittilaw.com,
       loismvitti@vittilaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                  TOTAL: 9