**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | |
|     Debtor. | |
| ------------------------------------------------ | Chapter 13 |
| ROBLETO KURUCE, PLLC, | |
|     Applicant, | Related to: Document No. 139 |
| v. | **ENTERED BY DEFAULT** |
| JILL KING GREENWOOD, and RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
|     Respondents. | |

### ORDER

Upon consideration of the First Application of Robleto Kuruce, PLLC (the "*Applicant*") for Interim Allowance of Compensation and Reimbursement of Expenses (the "*Application*"), and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that Applicant's requested fees and expenses are approved as follows:

| | |
|---|---|
| *Fees* | 11,664.00 |
| *Expenses* | +   190.71 |
| *Total* | 11,854.71 |

and it is further

ORDERED that, since the Debtors paid $2,000.00 to the Applicant prior to the filing of this case and the Chapter 13 Trustee has paid $2,000.00 to the Applicant during the pendency of this case, $7,664.00 in fees remain to be paid to the Applicant; and it is further

ORDERED that, $190.71 of expenses remain to be reimbursed to the Applicant; and it is further

ORDERED that the Chapter 13 Trustee is authorized to pay the remaining $7,664 in fees and to reimburse the Applicant's expenses of $190.71, for a combined total of $7854.71; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-23676-CMB
Jill King Greenwood                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Oct 21, 2019
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db             Jill King Greenwood,    335 Plumer Ave,    Emsworth, PA   15202-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
        Aurelius P. Robleto    on behalf of Attorney    Robleto Kuruce, PLLC apr@robletolaw.com,
      rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
        Aurelius P. Robleto    on behalf of Debtor Jill King Greenwood apr@robletolaw.com,
      rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
        James    Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        Jana S Pail    on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com
        Karina  Velter     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
        Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
      dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
        Lois M. Vitti    on behalf of Creditor    Pennsylvania Housing Finance Agency nicole@vittilaw.com,
      loismvitti@vittilaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 10