**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br> JILL KING GREENWOOD, <br>     Debtor. <br> ------------------------------------------------ <br> JILL KING GREENWOOD, <br>     Movant, <br>         v. <br> WPXI-TV, <br>     Respondent. | Case No. 16-23676-CMB <br><br> Chapter 13 <br><br> Doc. No. 150 <br><br> Related to Doc. No. 147 |

**CERTIFICATE OF SERVICE OF
ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT
WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the date shown below.

WPXI-TV
Attn: Payroll Administrator
4145 Evergreen Road
Pittsburgh, PA 15214

The types of service made on the parties was U.S. Mail.

EXECUTED ON:  November 6, 2019

   /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com