**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSLVANIA**

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| JILL KING GREENWOOD, | Chapter 7 |
|     Debtor. | |
| ------------------------------------------------ | Related to Doc. No. 158 |
| JILL KING GREENWOOD, | |
|     Movant, | Doc. No. ____ |
|         v. | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | |
|     Respondent. | |

**CERTIFICATE OF SERVICE OF ORDER OF COURT DATED NOVEMBER 5, 2020, CONVERTING THE DEBTOR'S CASE TO A CASE UNDER CHAPTER 7**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below on November 6, 2020.

WPXI-TV
Attn: Payroll Dept.
4145 Evergreen Road
Pittsburgh, PA 15214

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail.

EXECUTED ON: November 6, 2020        Respectfully submitted:

                                                          /s/ Aurelius Robleto
                                                          Aurelius P. Robleto
                                                          PA ID No. 94633
                                                          ROBLETO KURUCE, PLLC
                                                          6101 Penn Avenue, Suite 201
                                                          Pittsburgh, PA 15206
                                                          Tel: (412) 925-8194
                                                          Fax: (412) 346-1035
                                                          apr@robletolaw.com

**PAWB Local Form 7 (07/13)**