**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jill King Greenwood**
Debtor(s)

Bankruptcy Case No.: 16−23676−CMB

Chapter: 7
Docket No.: 159 − 158, 158

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Ronda J Winnecour has been removed as trustee from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: November 5, 2020

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23676-CMB |
| Jill King Greenwood | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Nov 05, 2020 | Form ID: 143 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| tr | + Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 07, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Attorney Robleto Kuruce  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Jill King Greenwood apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Jana S Pail | on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com |
| Karina Velter | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |

District/off: 0315-2     User: lfin     Page 2 of 2
Date Rcvd: Nov 05, 2020     Form ID: 143     Total Noticed: 1

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
    dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lois M. Vitti
    on behalf of Creditor Pennsylvania Housing Finance Agency nicole@vittilaw.com  loismvitti@vittilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 11