**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jill King Greenwood** | Social Security number or ITIN   **xxx–xx–2752** |
| | First Name    Middle Name    Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13**       **9/30/16** |
| Case number:   **16–23676–CMB** | | Date case converted to chapter **7**    **11/5/20** |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jill King Greenwood | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 335 Plumer Ave Emsworth, PA 15202–1735 | | |
| 4. | **Debtor's attorney** Name and address | Aurelius P. Robleto Robleto Kuruce, PLLC 6101 Penn Avenue Suite 201 Suite 1306 Pittsburgh, PA 15206 | | Contact phone 412–925–8194 Email: apr@robletolaw.com |
| 5. | **Bankruptcy trustee** Name and address | Rosemary C. Crawford Crawford McDonald, LLC. P.O. Box 355 Allison Park, PA 15101 | | Contact phone 724–443–4757 Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Debtor **Jill King Greenwood**                                                    Case number **16–23676–CMB**

| 6. Bankruptcy clerk's office | U.S. Bankruptcy Court | Hours open: |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/5/20 |

| 7. Meeting of creditors | December 21, 2020 at 12:00 PM | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |

| 8. | Presumption of abuse | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | File by the deadline to object to discharge or to challenge whether certain debts are dischargeable: | Filing deadline: 2/19/21 |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/14/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/29/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 11. Liquidation of the debtor's property and payment of creditors' claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. |
|---|---|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                        Case No. 16-23676-CMB

Jill King Greenwood                                                       Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: lfin                                    Page 1 of 3
Date Rcvd: Nov 05, 2020                   Form ID: 309B                          Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jill King Greenwood, 335 Plumer Ave, Emsworth, PA 15202-1735 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Karina Velter, Manley Deas Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| aty | | Leon P. Haller, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| aty | + | Lois M. Vitti, Vitti Law Group, Inc., 333 Allegheny Avenue, Suite 303, Oakmont, PA 15139-2072 |
| aty | | Peter J. Ashcroft, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| aty | + | Robleto Kuruce, PLLC, 6101 Penn Avenue, Suite 201, Pittsburgh, PA 15206-3956 |
| 14298276 | | AES/Suntrust, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14298279 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 742537, Cincinnati, OH 45274-2537 |
| 14298281 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14311097 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14298288 | + | West View Water Authority, Attn Julie, 210 Perry Highway, Pittsburgh, PA 15229-1895 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: apr@robletolaw.com | Nov 06 2020 00:50:00 | Aurelius P. Robleto, Robleto Kuruce, PLLC, 6101 Penn Avenue, Suite 201, Suite 1306, Pittsburgh, PA 15206 |
| tr | + | EDI: BRCCRAWFORD.COM | Nov 06 2020 05:33:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2020 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2020 00:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Nov 06 2020 00:51:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | | EDI: RECOVERYCORP.COM | Nov 06 2020 05:33:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14298277 | | EDI: CAPITALONE.COM | Nov 06 2020 05:33:00 | Capital One Bank USA NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14298278 | + | EDI: CAUT.COM | Nov 06 2020 05:33:00 | Chase Auto, National Bankruptcy Dept., 201 N |

| District/off: 0315-2 | | User: lfin | | Page 2 of 3 |
| Date Rcvd: Nov 05, 2020 | | Form ID: 309B | | Total Noticed: 35 |

| | | | | Central Ave, Phoenix, AZ 85004-1071 |
|---|---|---|---|---|
| 14298280 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Nov 06 2020 02:03:20 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14298282 | | EDI: DISCOVER.COM | | |
| | | | Nov 06 2020 05:33:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14302378 | | EDI: DISCOVER.COM | | |
| | | | Nov 06 2020 05:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14298283 | | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Nov 06 2020 00:52:00 | Duquesne Light, Bernstein-Burkley P.C., 707 Grant St Ste 2200, Pittsburgh, PA 15219-1945 |
| 14345611 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Nov 06 2020 00:52:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14711893 | + | EDI: ECMC.COM | | |
| | | | Nov 06 2020 05:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14298284 | + | EDI: AMINFOFP.COM | | |
| | | | Nov 06 2020 05:33:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14323187 | | EDI: CAUT.COM | | |
| | | | Nov 06 2020 05:33:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14342864 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 06 2020 02:04:33 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14348975 | + | EDI: MID8.COM | | |
| | | | Nov 06 2020 05:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14298286 | | Email/Text: blegal@phfa.org | | |
| | | | Nov 06 2020 00:51:00 | PA Housing Finance Agency, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14360565 | | EDI: PRA.COM | | |
| | | | Nov 06 2020 05:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14408881 | + | Email/Text: blegal@phfa.org | | |
| | | | Nov 06 2020 00:51:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14299247 | | EDI: RECOVERYCORP.COM | | |
| | | | Nov 06 2020 05:33:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14298287 | | EDI: RMSC.COM | | |
| | | | Nov 06 2020 05:33:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14298285 | ##+ | Northwest Consumer Discount Co., 6080 Steubenville Pike, McKees Rocks, PA 15136-1398 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2020                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Attorney Robleto Kuruce  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Jill King Greenwood apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Jana S Pail | on behalf of Trustee Ronda J. Winnecour jpail@chapter13trusteewdpa.com |
| Karina Velter | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Lois M. Vitti | on behalf of Creditor Pennsylvania Housing Finance Agency nicole@vittilaw.com  loismvitti@vittilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 11