IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

JILL KING GREENWOOD,

    Debtor.

Bankruptcy No. 16-23676-CMB

Chapter 7

Related to Doc. No. ___

Document No. ___

**NOTICE OF CHANGE OF ADDRESS**

Undeliverable Address:

    Creditor Name:    Northwest Consumer Discount Co.

    Incorrect Address:    6080 Steubenville Pike
                                McKees Rocks, PA 15136-1398

Corrected Address:

    Creditor Name:    Northwest Consumer Discount Co.

    Correct Address:    PO Box 128
                                Warren, PA 16365

Dated: November 23, 2020

/s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com