**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 16-23676-CMB |
| JILL KING GREENWOOD, | Chapter 7 |
| Debtor. | Related to Doc. No. 158 |
| | Document No. ____ |

**CERTIFICATE OF SERVICE OF**
**POST-CONVERSION ORDER, DATED NOVEMBER 5, 2020**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 23, 2020.

> Northwest Consumer Discount Co.
> PO Box 128
> Warren, PA 16365

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: US Mail.

| | |
|---|---|
| EXECUTED ON:  November 23, 2020 | /s/ Aurelius Robleto |
| | Aurelius Robleto |
| | PA ID No. 94633 |
| | ROBLETO KURUCE, PLLC |
| | 6101 Penn Ave., Ste. 201 |
| | Pittsburgh, PA 15206 |
| | Tel:  (412) 925-8194 |
| | Fax:  (412) 346-1035 |
| | apr@robletolaw.com |