**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JILL KING GREENWOOD

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.: 16-23676

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/30/2016 and confirmed on 11/14/2016 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,825.54 |
| Less Refunds to Debtor | 1,510.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,314.99 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 10,922.71 | |
|    Trustee Fee | 4,035.84 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,958.55 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PHFA(*) | 0.00 | 1,650.17 | 0.00 | 1,650.17 |
|     Acct: 8098 | | | | |
|   PHFA(*) | 0.00 | 20,735.81 | 0.00 | 20,735.81 |
|     Acct: 5459 | | | | |
|   PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5459 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CO** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2089 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 21,207.15 | 0.00 | 21,207.15 |
|     Acct: 3209 | | | | |
|   JPMORGAN CHASE BANK NA | 852.14 | 852.14 | 0.00 | 852.14 |
|     Acct: 3209 | | | | |
|   PHFA(*) | 14,089.33 | 14,089.33 | 0.00 | 14,089.33 |
|     Acct: 5459 | | | | |
|   PHFA(*) | 7,511.84 | 7,511.84 | 0.00 | 7,511.84 |
|     Acct: 5459 | | | | |
| | | | | 66,046.44 |

Priority

| 16-23676 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   AURELIUS P ROBLETO ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JILL KING GREENWOOD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JILL KING GREENWOOD | 1,510.55 | 1,510.55 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBLETO LAW PLLC | 3,068.00 | 3,068.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBLETO LAW PLLC | 7,854.71 | 7,854.71 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX5/19 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX6CMB | | | | |
| | | | | 310.00 |
| Unsecured | | | | |
|   ECMC(*) | 79,421.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 2752 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,183.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 3210 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,630.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 4890 | | | | |
|   CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3195 | | | | |
|   DISCOVER BANK(*) | 1,501.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 5156 | | | | |
|   DUQUESNE LIGHT COMPANY* | 2,111.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 2752 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0359 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CO** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   MIDLAND FUNDING LLC | 763.81 | 0.00 | 0.00 | 0.00 |
|     Acct: 9382 | | | | |
|   WEST VIEW WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|   BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                66,356.44

TOTAL CLAIMED
PRIORITY                310.00
SECURED              22,453.31
UNSECURED            86.612.83

Date: 11/27/2020                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com